*This case was not selected for publication in the Federal Reporter*

**Tyrone HURT, Appellant**

v.

**SECRET SERVICE PROTECTION OF the PRESIDENT OF the U.S., Appellee.**

No. 06–5296.

United States Court of Appeals, District of Columbia Circuit.

Dec. 13, 2006.

Tyrone Hurt, Washington, DC, for Appellant.

R. Craig Lawrence, Assistant U.S. Attorney, U.S. Attorney's Office, Washington, DC, for Appellee.

BEFORE: GINSBURG, Chief Judge, and HENDERSON and TATEL, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed September 25, 2006, be affirmed. Because appellant fails to allege that he has suffered an injury due to the existence of the Secret Service, the district court properly dismissed appellant's suit for lack of standing. *See Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.